HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SLADAN HIDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00108-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE MARCH 21, 2017 HEARING; ORDER** |
| vs. | |
| SLADAN HIDIC, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Sladan Hidic, that the hearing currently scheduled for March 21, 2017, may be moved to April 25, 2017, at 10:00 a.m.

Defense counsel has been in contact with Mr. Hidic, who currently resides in Brunswick, Ohio. Mr. Hidic recently became a full-time employee at Superior Roll Forming in Valley City, Ohio. Mr. Hidic intends to be present at his next hearing, but requests a brief continuance so that he is able to accrue time off from work so that he make the trip to California without the risk of losing his job.

The government is in agreement with the request to continue Mr. Hidic's hearing until April 25, 2017, at 10:00 a.m.

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 16, 2017

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 16, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SLADAN HIDIC

# **O R D E R**

The Court hereby grants the parties' request to continue the hearing in Case No. 6:14-mj-00108-MJS from March 21, 2017, to April 25, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 18, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE