| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | SLADAN HIDIC |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:14-MJ-00108-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO VACATE BRIEFING** |
| | ) **SCHEDULE AND SET FOR HEARING;** |
| vs. | ) **ORDER** |
| SLADAN HIDIC, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Sladan Hidic, that the briefing schedule previously set on April 25, 2017, be vacated and that the matter be set for a status conference on July 11, 2017, at 10:00 a.m.

The defense is withdrawing its request to file the motion previously proposed and is seeking to set this matter for a status conference on July 11, 2017, at 10:00 a.m. The government is in agreement with this request.

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: May 25, 2017 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 25, 2017 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>SLADAN HIDIC |

## **O R D E R**

The Court hereby grants the parties' request to vacate the April 25, 2017 briefing schedule and the request to set this matter for a status conference on July 11, 2017, at 10:00 a.m., 6:14-MJ-00108-MJS in case number 6:14-MJ-00108-MJS.

IT IS SO ORDERED.

Dated: __May 26, 2017__      /s/ *Michael J. Seng*
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE