| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>SLADAN HIDIC |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:14-MJ-00108-MJS |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER** |
| vs. | ) | Hon. Michael J. Seng |
| SLADAN HIDIC, | ) | Date: July 11, 2017<br>Time: 10:00 a.m. |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Sladan Hidic, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the July 11, 2017 change-of-plea hearing and that he be allowed to appear by video from the United States District Court in Cleveland, Ohio. This Court has the discretion under Rule 43(b)(2) to allow Mr. Hidic to appear by video for plea and sentencing. The government has no objection to this request.

Mr. Hidic currently resides in Brunswick, Ohio. He is employed full-time at Superior Roll Forming and has been so employed since December 2016. Mr. Hidic flew out to California and obtained transportation to Yosemite at his own expense for his April 25, 2017 hearing. The parties have reached a resolution as to the appropriate sentence in this case. Accordingly, Mr. Hidic respectfully requests that the Court grant a waiver of his right to be personally present and

that he be permitted to appear via video from the United States District Court in Cleveland, Ohio, for purposes of plea and sentencing. The defense is in the process of arranging a video conference with the district court in Cleveland.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SLADAN HIDIC

## **O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video at the hearing in Case No. 6:14-mj-00108-MJS, is Granted on condition that a fully executed written plea agreement be provided the Court no later than Noon July 10, 2017 and that Defendant make all necessary arrangements to enable Defendant's appearance by video from a federal court.

IT IS SO ORDERED.

Dated: July 6, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Hidic – Request for Rule 43 Waiver for
   Plea and Sentencing