HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SLADAN HIDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:14-mj-00108-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | ) |
| SLADAN HIDIC, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Sladan Hidic, that the Court continue the July 11, 2017 review hearing to August 8, 2017, at 10:00 a.m.

On July 20, 2016, the government filed an Affidavit of Alleged Probation Violation, alleging that Mr. Hidic was in violation of the terms and conditions of his unsupervised probation for failing to appear at an October 6, 2016 review hearing, failing to pay a $400 fine, and failing to attend Alcoholics Anonymous ("AA") meetings at a rate of twice weekly for 11 months. An initial appearance on these allegations was held on April 25, 2017. At that hearing, Mr. Hidic appeared in person, denied the allegations, and a briefing schedule was set. That briefing schedule was vacated on May 26, 2017, at the defense's request, and a status conference was set for July 11, 2017.

A plea is anticipated in this case and the parties are in the process of finalizing a proposed resolution. On July 6, 2017, the Court granted defense counsel's motion for a Rule 43 waiver to permit Mr. Hidic to appear by video for plea and sentencing, on the condition that a fully executed plea agreement be provided to the Court by 12:00 p.m. on July 10, 2017. The defense has begun the process of arranging a video conference from the United States District Court in Cleveland, Ohio, but has been unable to finalize such an appearance for July 11, 2017. Additionally, the parties are revisiting one aspect of the proposed resolution and additional time is needed so that a fully executed plea agreement can be provided to the Court. Accordingly, the parties request that the July 11, 2017 review hearing be continued to August 8, 2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 7, 2017          /s/ Susan St. Vincent
                            Susan St. Vincent
                            Yosemite Legal Officer
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: July 7, 2017          /s/ Reed Grantham
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            SLADAN HIDIC


**O R D E R**

Based upon the parties' Stipulation in case number 6:14-mj-00108-MJS, the Court continues the July 11, 2017 review hearing to August 8, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 7, 2017           /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE