HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SLADAN HIDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00108 JDP |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY SENTENCE AND VACATE REVIEW HEARING** |
| vs. | |
| SLADAN HIDIC | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sladan Hidic, hereby stipulate and jointly move this court to modify the terms of Mr. Hidic's sentence to time served, terminating probation, and total fines of $240.00.  The parties also stipulate to vacate Mr. Hidic's review hearing scheduled for November 18, 2020.

**Relevant Procedural History**

On October 27, 2014, Mr. Hidic was arraigned before the Honorable Michael J. Seng.  The minute entry indicates that Mr. Hidic was in custody at the time.  See, ECF #4.  Mr. Hidic's appearance stemmed from an incident on August 14, 2014 where Mr. Hidic was inebriated and taken to the Yosemite Holding Facility overnight.  Mr. Hidic pleaded guilty to one count of 36 C.F.R. §2.35(c) "under the influence of alcohol to a degree that may endanger oneself or others" on October 27, 2014.  Mr. Hidic was released and all other charges were dismissed.  On July 20,

2016 the government filed an affidavit of probation violation alleging Mr. Hidic failed to appear in court, failed to pay a fine, and failed to attend AA meetings. See ECF # 12. The Honorable Judge Seng issued an arrest warrant the same day. On January 29, 2017, Mr. Hidic was arrested in the Northern District of Ohio and released the following day on an unsecured bond. On August 8, 2017, Mr. Hidic admitted to the probation violation and the Honorable Judge Seng sentenced Mr. Hidic to an additional 12 months probation. On August 17, 2018, the government filed a second affidavit of alleged probation violation. On June 28, 2020 Mr. Hidic was arrested in the Eastern District of Virginia by Fairfax, VA, police when the outstanding warrant was discovered during a traffic stop for an out tail light. He was held in the Fairfax County Adult Detention Center from June 28, 2020 until June 30, 2020. On June 30, 2020, he was brought before United States Magistrate Judge Michael S. Nachmanof and released. See, ECF #34. Mr. Hidic has appeared telephonically on July 28, 2020, September 1, 2020, and October 21, 2020, to continue the initial appearance on the alleged probation violation as the parties worked towards a settlement. To date, Mr. Hidic has paid $240.00 in fines.

Mr. Hidic was also issued a bailable citation on October 29, 2014 for unrelated conduct. Mr. Hidic paid $275.00 to the Central Violations Bureau on October 21, 2020 to close that case.

**Resentencing Recommendation**

The parties stipulate that Mr. Hidic's sentence be amended to credit him with the time he has spent in custody and to terminate probation. Currently, Mr. Hidic has spent 9 days in custody: August 14, 2014, August 15, 2014, October 26, 2014, October, 27, 2014, January 29, 2017, January 30, 2017, June 28, 2020, June, 29, 2020, and June 30, 2020. The parties also recognize that the conditions of confinement were especially onerous during 2020, as the COVID-19 pandemic made jails and prisons exceptionally dangerous. Given the nature of the offense to which Mr. Hidic pleaded, nine days of incarceration, especially during the pandemic, is an exceptional sentence, well beyond the sentencing recommendations of the parties in many comparable cases, which are never custodial. Mr. Hidic has effectively been on probation for six years without a new law violation.

The parties further stipulate that his fines be reduced to the amount already paid, taking

into account Mr. Hidic's indigence, and that he has paid his 2014 CVB citation, which included significant late fees. The government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  November 16, 2020          */s/ Sean Anderson*
                                   Sean Anderson
                                   Acting Legal Officer
                                   National Park Service
                                   Yosemite National Park


Dated:  November 16, 2020          HEATHER E. WILLIAMS
                                   Federal Defender


                                   */s/  Benjamin A. Gerson*
                                   BENJAMIN A. GERSON
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   SLADAN HIDIC


O R D E R

Upon review of the record and the parties' Joint Stipulation to Modify Sentence, the Court, while not adopting all facts set forth above (mainly the calculation regarding the amount of time Defendant spent in custody and allegation that Defendant's confinement in the State of Virginia presented an "onerous" or "exceptionally dangerous" situation due to COIVD-19) nevertheless finds good cause to amend the sentence in *United States v. Hidic*, case no. 6:14-mj-00108-JDP, to time-served, terminate probation, and assess a total fine of $240.00.  The review hearing scheduled for November 18, 2020 is vacated.


IT IS SO ORDERED.

Dated:   November 17, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE